UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 236-4375
Attorney for Debtor

In Re:

Patricia A. Mroz

Case No.: 25-12807

Chapter: 13

Adv. No.: _____

Hearing Date: 4/16/2025

Judge: Gravelle

## CERTIFICATION OF SERVICE

1. I, __Andrew G. Greenberg, Esq.__ :

    ☒ represent __debtor__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __4/12/2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Motion to Extend Stay and Order shortening time and setting hearing.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 4/16/2025

/s/ Andrew G. Greenberg, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Attorneys for secured creditor, PNC Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Next Day Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Martone & Uhlman, PC<br>777 Passaic Avenue<br>Suite 535<br>Clifton, NJ 07012 | Attorneys for secured creditor, PNC Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Next Day Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ 08650 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Next Day Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JPMC<br>C/O Natioinal Bankruptcy Services<br>PO Box 9013<br>Addison, TX 75001 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Next Day Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |