UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 236-4375
Attorney for Debtor

Order Filed on April 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Patricia A. Mroz,

Debtor.

Case No.   25-12807-CMG

Chapter:   13

Hearing Date:  4/16/2025

Judge:   Hon. Christine M. Gravelle

## ORDER EXTENDING AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 16, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor(s):	Patricia A. Mroz
Case No:	25-12807-CMG
Caption of Order: ORDER EXTENDING AUTOMATIC STAY

---

Upon consideration of the foregoing Motion to Extend Automatic Stay, notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that:

The automatic stay is extended as to all creditors served with the Motion as of the date of this Order, except those previously granted stay relief; and

**IT IS FURTHER ORDERED** that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service.