Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−12807−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia A. Mroz
   193 Fulton Street
   Woodbridge, NJ 07095

Social Security No.:
   xxx−xx−1560

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 29, 2025.

Dated: July 29, 2025
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Patricia A. Mroz  
    Debtor

Case No. 25-12807-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Jul 29, 2025     Form ID: plncf13     Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Mroz, 193 Fulton Street, Woodbridge, NJ 07095-2641 |
| 520590149 | + | Kenneth Mroz, 193 Fulton Street, Woodbridge, NJ 07095-2641 |
| 520590151 | + | Martone & Uhlmann, 777 Passaic Avenue, #535, Clifton, NJ 07012-1874 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 29 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520590147 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 29 2025 21:07:55 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 520590148 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 29 2025 20:52:00 | JP Morgan Chase Bank, C/O National Bankruptcy Services, PO Box 9013, Addison, TX 75001-9013 |
| 520618039 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 29 2025 20:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520590152 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 29 2025 20:52:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520659750 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 29 2025 20:52:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520590150 | *+ | Kenneth Mroz, 193 Fulton Street, Woodbridge, NJ 07095-2641 |
| 520590153 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 29, 2025 | Form ID: plncf13 | Total Noticed: 10 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2025                                    Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:

**Name** | **Email Address**

Albert Russo
docs@russotrustee.com

Andrew G. Greenberg
on behalf of Debtor Patricia A. Mroz a.greenberglawfirm@verizon.net

Denise E. Carlon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Dennis P Uhlmann, Jr
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5