UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 236-4375
Attorney for Debtor

In Re:

Patricia A. Mroz,

      Debtor.

Case No.: _____25-12807_____

Chapter: _____13_____

Judge: _____Gravelle_____

## NOTICE OF DEATH OR
## FINDING OF INCOMPETENCY OF A DEBTOR

I, Kenneth Mroz_____, am the

    ❑ Executor (select if appointed by a will)

    ❑ Administrator (select if no will and appointed by a probate court)

    of the estate of _____ (name of debtor),

    ☒ Other (identify relationship to debtor) Debtor's husband_____,

    and hereby certify as follows:

1. Debtor, Patricia A. Mroz_____ (name of debtor),

    ☒ died on _7/14/2025_____ (date).

    ❑ was declared legally incompetent on _____ (date) by _____
_____ (insert appropriate court).

**IMPORTANT: PLEASE <u>DO NOT</u> INCLUDE CERTIFICATE OF DEATH OR COURT ORDER PERTAINING TO INCOMPETENCY OR GUARDIANSHIP WHEN E-FILING THIS FORM.  ENTER THE CERTIFICATE OF DEATH OR COURT ORDER PERTAINING TO INCOMPETENCY OR GUARDIANSHIP SEPARATELY, AS INSTRUCTED IN CM/ECF.**

2.  The debtor's legal representative is <u>Debtor passed away intestate and I applied to the</u>
<u>Surrogate's Office to be appointed as her executor.  I have not yet been appointed.</u>
_____ (if known, include title and contact information).

3.  I do ☒  /  do not ❑ have knowledge of the debtor's assets and liabilities, and financial aspects of the
debtor's estate.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, then I am subject to punishment.

Dated: <u>2/17/2026</u>

Signature: <u>/s/ Kenneth Mroz</u>

Print name: <u>Kenneth Mroz</u>

Address:  <u>193 Fulton Street</u>

<u>Woodbridge, NJ 07095</u>

Filed by:  _____
Attorney/Other

*rev.8/1/2024*